PD-1104-15

07-14-00161-CR
Appellate Cause No.

2013-438,616
Trial Court Cause No

ATTN: CLERK _____ , CLERK

Court of Criminal Appeals
201 W 14th St. Rm 106
Capitol Station
Austin, Tx   78701-1445

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 21 2015
Abel Acosta, Clerk

Dear Clerk:

   Enclosed please find my Pro se Defendants Motion for extension of
Time to File Petition for Discretionary Review. Please file this
Motion and bring it to attention of the Court.

        Please date-stamp this letter and return it to me at my
        address shown below.

        I also request that you notify me of the Courts ruling
        on any Motion.

FILED IN
COURT OF CRIMINAL APPEALS
AUG 27 2015
Abel Acosta, Clerk

                                        Sincerely,

                                        Defendant, pro se

                                        Rex Anne Baker #1932053
                                        1401 State School Rd
                                        Gatesville, Tx
                                                76599

No ___07-14-00161 CR___

IN THE
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

REX BAKER

V

THE STATE OF TEXAS

From Appeal No. ___07-14-00161-CR___
Trial Case No. ___2013-438,616___

Lubbock County

FIRST MOTION FOR EXTENSION OF TIME TO FILE
PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now Rex Anne Baker, Petitioner, and files this Motion for extension of sixty (60) days in which to file a Petition of Discretionary Review. In support of this Motion, appellant shows the Court the following:

I.

The Petitioner was convicted in the 137 District Court of Lubbock County, Texas of the Offense of DWI 3rd or More, in the Cause No 2013-438,616, styled State of Texas vs. Rex Baker, The Petitioner appealed to the Court of Appeals 7th Supreme Judicial District. The case was affirmed on March 31, 2015.

## II.

The present deadline for filing the Petition for Discretionary Review is __unknown__, The Petitioner has not requested any extention prior to this request

## III.

Petitioners request for an extention is base upon the following facts: Petitioner was not informed of the decision of the Court of Appeals in affirming his case until __July 3, 2015.__ Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal __Kelly Clark__, has informed Petitioner that he will not represent him on the Petition Petition for Discretionary Review.

Wherefore, Petitioner prays the Court grants the motion and extend the deadline for filing for Discretionary Review in Case No. __2013-438-616__ to 2013 __07-14-00161-CR__

_____
Petitioner, pro se
Texas Department of Criminal Justice

River Side Unit
TDJC# 1932053
GATESVILLE, TEXAS 76599

### CERTIFICATION OF SERVICE

I certify that a true and correct copy of the above and foregoing First Motion for Extension of Time to File a Petition of Discretionary Review, has been forwarded by U.S. Mail, postage prepaid, first class, to the Attorney for State Jeff Ford, at P.O. Box 10536, Lubbock, Texas 79408, and to State Prosecuting Attorney P.O. Box 12405, Austin, Texas 78711 on this 12 day of August, 2015

I was informed of my decision on my Appeal on July 3, 2015 by River Side special mail.

_____
Petitioner pro-se

Mr. Rick Duke 1932053 R5 5-D-15
1401 State School Rd
Gatesville Tx
76599

Legal Mail

Attn - Clerk

AUSTIN TX 787
RIO GRANDE DISTRICT
17 AUG 2015 PM 5 L
PURPLE HEART
FOREVER USA

787011445O1

Court of Criminal Appeals
201 W 14th St Rm 106
Capitol Station
Austin, Tx
78701144501